# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Parties,<br><br>    Defendants. | No. CV-16-01200-PHX-DJH<br><br>**ORDER** |

The Court having reviewed Plaintiff's Rule 4(m) Motion to Extend Service Deadline by 90 Days (Doc. 10), and finding good cause appearing,

**IT IS ORDERED granting** the motion and Plaintiff shall have until **October 24, 2016** to serve the Defendants in this action.

Dated this 8th day of July, 2016.

Honorable Diane J. Humetewa
United States District Judge